Joshua D. Bendor, 031908
Brandon T. Delgado, 035924
OSBORN MALEDON, P.A.
2929 North Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
(602) 640-9000
jbendor@omlaw.com
bdelgado@omlaw.com

Orion Danjuma *(pro hac vice to be filed)*
NY Reg No. 4942249
PROTECT DEMOCRACY PROJECT
82 Nassau St. #601
New York, NY 10038
Tel: (202) 579-4582
orion.danjuma@protectdemocracy.org

Rachel F. Homer *(pro hac vice to be filed)*
DC Bar No. 1045077
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel: (202) 579-4582
rachel.homer@protectdemocracy.org

Benjamin L. Berwick *(pro hac vice to be filed)*
MA Bar No. 679207
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
Tel: (202) 579-4582
ben.berwick@protectdemocracy.org

Jared Davidson *(pro hac vice to be filed)*
LA Bar No. 37093
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Lions of Liberty LLC; Yavapai County Preparedness Team; Jim Arroyo, Lucas Cilano; Nicholas Cilano; Brian Mounsey; Toby Fox; Bruce Mounsey; James Johnson; Melody Jennings; Clean Elections USA; John Does 1-10,<br><br>　　　　　　Defendants. | No. CV22-08196-SMB<br><br>**NOTICE FOR EXPEDITED CONSIDERATION** |

Pursuant to the Court's Order on preliminary policies and procedures (Doc. 7.), Plaintiff League of Women Voters of Arizona ("League") files this Notice for Expedited

Consideration, setting forth the grounds warranting accelerated resolution of the League's Motion to Transfer Case to the Honorable Michael T. Liburdi.

The Court should expedite consideration of the pending motion for several reasons. This case involves voter intimidation at ballot drop boxes where early voting is already occurring and will soon end, raising circumstances that may cause irreparable harm to the voters of Arizona. In addition, the League intends to soon file a temporary restraining order, which concerns overlapping facts, the same causes of action, and two of the same defendants as the temporary restraining order that Judge Liburdi is currently considering under advisement. Accordingly, the Court should expedite the consideration of the pending Motion to Transfer Case to the Honorable Michael T. Liburdi.

DATED this 27th day of October, 2022.

OSBORN MALEDON, P.A.

By s/ Joshua D. Bendor
Joshua D. Bendor
Brandon T. Delgado
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793

Orion Danjuma *(pro hac vice to be filed)*
PROTECT DEMOCRACY PROJECT
82 Nassau St. #601
New York, NY 10038

Rachel F. Homer *(pro hac vice to be filed)*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006

Benjamin L. Berwick *(pro hac vice to be filed)*
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472

Jared Davidson *(pro hac vice to be filed)*
PROTECT DEMOCRACY PROJECT
3014 Dauphine Street, Suite J
New Orleans, LA 70117

Attorneys for Plaintiff