# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>Lions of Liberty LLC, et al.,<br><br>Defendants. | No. CV-22-08196-PCT-MTL<br><br>**ORDER** |

Pending before the Court is Plaintiff League of Women Voters of Arizona's (the "League") Motion to Transfer Related Case (Doc. 8). The League moves to transfer case No. CV-22-08196-PCT-SMB, currently assigned to United States District Judge Susan M. Brnovich, to United States District Judge Michael T. Liburdi. (Doc. 24 at 1.)

Under Local Rule of Civil Procedure 42.1(a), transfer of cases may be appropriate when they "(1) arise from substantially the same transaction or event; (2) involve substantially the same parties or property; (3) involve the same patent, trademark, or copyright; (4) call for determination of substantially the same questions of law; or (5) for any other reason would entail substantial duplication of labor if heard by different Judges." Furthermore, Local Rule 42.1(d) provides that, if a motion to transfer is granted, "the following factors may be considered in determining the Judge to whom the case or cases will be assigned: (1) whether substantive matters have been considered in a case; (2) which Judge has the most familiarity with the issues involved in the cases; (3) whether a case is reasonably viewed as the lead or principal case; or (4) any other factor serving the interest

of judicial economy." The Court, having considered the factors in Local Rule 42.1(a) and (d), finds that transfer is appropriate here.

Accordingly,

**IT IS ORDERED** granting Plaintiff's Motion to Transfer Related Case (Doc. 8).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall transfer case number CV-22-08196-PCT-SMB to United States District Court Judge Michael T. Liburdi. The Clerk of the Court shall file a copy of this Order in the previously listed case number. All future filings shall bear case number CV-22-08196-PCT-MTL.

Dated this 27th day of October, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge