IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona,<br><br>Plaintiff,<br><br>vs.<br><br>Lions of Liberty LLC; Yavapai County Preparedness Team; Jim Arroyo, Lucas Cilano; Nicholas Cilano; Brian Mounsey; Toby Fox; Bruce Mounsey; James Johnson; Melody Jennings; Clean Elections USA; John Does 1-10,<br><br>Defendants. | No. CV-22-08196-PCT-MTL<br><br>**DECLARATION OF<br>DANIEL RIVERA** |

I, Daniel Rivera, declare as follows:

1. I am over the age of 18 and have personal knowledge of the matters stated in this Declaration.

2. I am a 44-year-old man who works in information technology and lives in Tempe, Maricopa County, Arizona. I live with my wife and our son, who struggles with his mental health. My wife and I care for our son.

3. On Saturday, October 22, 2022, at approximately 1:30 PM, my wife and I brought our ballots and our son's ballot to the drop box at the Maricopa Juvenile Court in Mesa.

4. My son was too scared to bring his ballot to a drop box himself because he heard about people observing voters at the drop boxes in Maricopa County and he was nervous about what they might do to voters. My wife and I did not want to exacerbate any of our son's anxiety so we told him that we would drop off his ballot with our own.

5. When we first arrived in the parking lot at the Maricopa Juvenile Court, I saw a person reach into his car and hold up a sign that said "I invoke my right to vote" in front of a Range Rover.

6. I then noticed that a man was sitting in that same Range Rover. He was about 35 feet away from the drop box, sitting in the driver's seat of the car with the car turned on.

7. Although the windows of the Range Rover were tinted, I could see the man inside, looking at the voters who were dropping off ballots. It also looked like he was writing down information.

8. I could see a camera or recording device in the backseat of his car, pointed directly at the drop box.

9. This person in the Range Rover made me feel very uncomfortable. It also made me uncomfortable that he was filming me.

10. My wife was extremely nervous as well. She started panicking that the man might have a gun and might shoot us, and she said that we should leave. If I had not been able to calm her down, she would have left without voting.

11. Eventually, once I calmed my wife down, we both dropped off our ballots.

12. I took a picture of the Range Rover's license plate as I headed back to our car.

13. I filed a complaint with the Secretary of State soon after this happened. Attached as **Exhibit A** is that complaint.

14. We were fortunate that the man in the Range Rover did not act against us, but it was still intimidating to have someone watching us and filming us in such close proximity to us while we were voting.

1   I declare under penalty of perjury that the foregoing Declaration is true and correct.
2
3   Executed on October 28, 2022.        Daniel Rivera
4                                         Daniel Rivera

3

# EXHIBIT A

Fwd: Webform: Voting Incident    248

Christine Dyster <▮▮▮▮@azsos.gov>
Sun 10/23/2022 12:26 PM
To: Kori Lorick <▮▮▮▮@azsos.gov>

Get Outlook for iOS

---

**From:** webmaster@azsos.gov <webmaster@azsos.gov> on behalf of ▮▮▮▮ via Arizona Secretary of State <webmaster@azsos.gov>
**Sent:** Saturday, October 22, 2022 10:44:53 PM
**To:** Christine Dyster <▮▮▮▮@azsos.gov>
**Subject:** Webform: Voting Incident - -248

CAUTION: The following message contains information provided by an anonymous user through an online webform. Please treat the below message with caution, avoid clicking links, downloading attachments, or replying with personal information.
Submitted values are:

==Incident==
   Date of incident: Sat, 10/22/2022
   Approximate time of the incident: 1:30 pm
   County where incident occurred: Maricopa
   Polling location where incident occurred: Mesa Juvenile Court
   1810 S Lewis Mesa, AZ
   Describe the incident:
   There was a Range Rover parked near the ballot drop box.  No one approached anyone, but they were within 75 feet of the drop box.
   License plate Arizona ▮▮▮▮

   I took a picture of his vehicle.  Other people felt nervous about this person and one person held up their sign for his cameras that's said "I invoke my right to vote."

   Police should be there driving these people off!
   Were you able to report this incident to the poll workers or county officials? No
   Current status of the incident: Ongoing
   Files: No, I don't have any additional information.


   ==Contact Info==
   Full Name: ▮▮▮▮
   Email: ▮▮▮▮
   Phone Number: ▮▮▮▮