IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona,<br><br>Plaintiff,<br><br>vs.<br><br>Lions of Liberty LLC; Yavapai County Preparedness Team; Jim Arroyo, Lucas Cilano; Nicholas Cilano; Brian Mounsey; Toby Fox; Bruce Mounsey; James Johnson; Melody Jennings; Clean Elections USA; John Does 1-10,<br><br>Defendants. | No. 3:22-cv-08196<br><br>**DECLARATION OF<br>DONALD C. OVERLOCK** |

I, Donald C. Overlock, declare as follows:

1. I am 72 years old, have personal knowledge of the matters stated in this Declaration, and could and would competently testify to these facts.

2. I am a United States citizen and currently reside in Mesa, Arizona, where I have lived for the last twenty-six years.

3. I have been voting since I was twenty-one years old. When I first voted, a voter had to be twenty-one to be eligible to vote.

4. For the past ten years, I have voted using mail-in ballots. I am on the state's Active Early Voting List, which automatically sends out mail-in ballots to those who are registered.

5. I have used a ballot drop box twice in the past without incident.

6. Around 12:30 pm on Thursday, October 20th, 2022, I drove with my wife to the Mesa Juvenile Court to deposit our ballots for the 2022 general election. I noticed a truck in the parking lot, with five or six men standing around the truck. The truck was parked in the second row of parking spaces directly across from the drop box's location.

7. The men appeared to be about twenty to thirty years in age. I didn't see if they had any weapons, but I was not actively looking for any weapons.

8. My wife parked the car, and my wife and I both went to individually drop off our own ballots. We both had seen news coverage of people being photographed for dropping off ballots and didn't want to be targeted.

9. After returning to our car, my wife noticed that two men began taking photographs of our license plate after we arrived. I confronted them to ask why they were taking photographs of my car. They responded that they were photographing us to provide election security.

10. I told them I was going to take a picture of them too and that I would be reporting them for voter intimidation and harassment. The men appeared to be angry in response to this.

11. I returned to my car and the men continued to either record or photograph my car as we drove away. When I arrived back home, I called the Secretary of State's office and reported the incident.

12. I had heard of such conduct taking place, but never personally experienced it. It really bothered me and made me very uncomfortable.

13. I did go through with voting but I am worried that this group took down my license plate number and photographed my wife and me. I am concerned they might use my license plate to try to find my address to harass me and my wife in person, especially since they reacted badly when I photographed them.

14. I am also concerned that someone who is less confident than I am would have just decided not to vote rather than doing so while being watched and photographed.

15. If the voter had been an elderly woman or a young person voting for the first time, the sight of half-a-dozen men taking photographs might scare them away from voting. That thought makes me truly angry.

16. While I am still concerned that these individuals might try to use my personal information, I believe it is more important to take a stand against voter intimidation.

17. It is wrong for these groups to make people uncomfortable and try to scare them off from voting. I will not stand by while these groups try to infringe on my right to vote or the right of other Americans to do the same.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on October 27, 2022.

Donald C. Overlock