IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona,<br><br>             Plaintiff,<br><br>vs.<br><br>Lions of Liberty LLC; Yavapai County Preparedness Team; Jim Arroyo, Lucas Cilano; Nicholas Cilano; Brian Mounsey; Toby Fox; Bruce Mounsey; James Johnson; Melody Jennings; Clean Elections USA; John Does 1-10,<br><br>             Defendants. | No. 3:22-cv-08196<br><br>**DECLARATION OF<br>JOHN I. EVANS** |

I, John Isadore Evans, declare as follows:

1. I am 67 years old, have personal knowledge of the matters stated in this Declaration, and could and would competently testify to these facts.

2. I am a citizen of the United States of America, and currently reside in Phoenix, Arizona, where I have lived for the last thirty-one years.

3. For at least the past twenty years, I have voted early using mail-in ballots. I am registered on the state's Active Early Voting List, which automatically sends out mail-in ballots to those who are registered.

4. I previously used a drop box during the 2022 primary election without incident, as I was concerned that new policies instituted under Postmaster General Louis

Dejoy could result in delays that would prevent my vote from being counted in time. Prior to this, I had always felt comfortable mailing my ballot in.

5. Around 2:30 PM on Wednesday, October 19th, 2022, I drove to the Maricopa County Recorder's Office, located at the corner of Lincoln and 3rd Avenue in downtown Phoenix, to drop off completed ballots for myself and my wife.

6. As I drove up to the drop box and deposited our two ballots, I saw people monitoring the site with cameras and tripods.

7. There were three people present at the site when I was there, stationed on the sidewalk. I thought that their presence was strange and disconcerting.

8. As I drove through the parking lot, two of them jumped behind their cameras tracking me. Via my rearview mirror, it now seemed they were taking photos of me, my vehicle and license plate as I went to drop my ballots.

9. I drove back around the corner and asked them from my vehicle who they were. They refused to identify themselves, only saying that they were concerned about voting irregularities.

10. When I pressed them on what they were doing and told them that they did not have my permission to photograph me, they responded by asking me why I wanted to know and implied that the County Recorder's "security" had given them permission to be there. They invited me to verify by checking inside with the Recorder's Office.

11. I did go to ask staff inside the Recorder's Office about this group. Staff informed me that they hadn't given them permission to monitor but that they had

2

experienced similar activity in the past, to the point that employees had quit due to feeling intimidated by these groups.

12. Staff even said there had been past incidents where people from these groups had been brandishing guns. I had heard about some of these incidents on the news before, and happening currently at other drop boxes, but had not yet experienced it in person.

13. When I left the Recorder's Office, the people were still there monitoring the drop box. When I arrived at home, I filed a report of voter harassment and intimidation with the Arizona Secretary of State's office.

14. I found voting under these circumstances to be upsetting, harassing and an invasion of my privacy. It made me angry that I and my license plates were being photographed simply because I was voting using a drop box. It felt like they were trying to make me uncomfortable simply for voting. And it also made me worried about how these people might try to use my personal information.

15. I did end up voting. But I spoke to my wife about the incident and she told me she would not have felt comfortable voting in that type of situation.

16. Mail-in balloting has been safe for years in Arizona, for any party, and I cannot comprehend why anyone, any group or cult, specifically determined to deter citizens from their Constitutional rights, and believing that their warped beliefs, as proven again and again in courts trump all others.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

3

Executed on October 27, 2022.

_____
John I. Evans