IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| League of Women Voters of Arizona, | No. 3:22-cv-08196 |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF LOIS HANSEN** |
| Lions of Liberty LLC; Yavapai County Preparedness Team; Jim Arroyo, Lucas Cilano; Nicholas Cilano; Brian Mounsey; Toby Fox; Bruce Mounsey; James Johnson; Melody Jennings; Clean Elections USA; John Does 1-10, | |
| Defendants. | |

I, Lois Hansen, declare as follows:

1. I am 68 years old, have personal knowledge of the matters stated in this Declaration, and could and would competently testify to these facts.

2. I am a citizen of the United States of America, and currently reside in Peoria, Arizona, where I have lived since 2007.

3. I am retired, and previously worked as a dietician.

4. Since 2020, I have been a member of the Northwest Maricopa County chapter of League of Women Voters.

5. I regularly vote in elections, and have mostly voted by mail for over ten years. However, voted using a drop box in 2020.

6. For this election, I had considered using a drop box again. But I decided that it was not an option after learning of voter intimidation taking place at drop box sites.

7. I learned about the intimidation from online news sources, including the Arizona Mirror.

8. I saw images of people dressed like the insurrectionists from the January 6th riot at the Capitol, including scarves over their faces and military garb. I also heard that at some locations, people were armed.

9. What I found especially concerning, however, were reports of people taking pictures of voters' license plates and cars. That seems like a first step towards doxing and harassment. Voters who are doxed might actually be in more danger than someone who votes while being surveiled by an armed individual.

10. As a result, I will be mailing in my ballot for this election, as the idea of someone coming to my home after I am doxed and falsely accused of voting illegally makes me deeply uncomfortable.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on October 27, 2022.

*Lois Hansen*
Lois Hansen

2