IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona,<br><br>     Plaintiff,<br><br>vs.<br><br>Lions of Liberty LLC; Yavapai County Preparedness Team; Jim Arroyo, Lucas Cilano; Nicholas Cilano; Brian Mounsey; Toby Fox; Bruce Mounsey; James Johnson; Melody Jennings; Clean Elections USA; John Does 1-10,<br><br>     Defendants. | No. 3:22-cv-08196<br><br>**DECLARATION OF KAREN DEVINE** |

I, Karen Devine, declare as follows:

1. I am 65 years old, have personal knowledge of the matters stated in this Declaration, and could and would competently testify to these facts.

2. I am a citizen of the United States of America, and currently reside in Buckeye, Arizona, where I have lived since October of 2021 after first retiring and moving from Pennsylvania, then later relocating from Scottsdale, Arizona.

3. I previously worked for 32 years in government affairs for various organizations in Pennsylvania at a time when both sides of the political aisle still worked together. I worked for the Pennsylvania Intergovernmental Council, the Pennsylvania State Association of Township Supervisors, and spent the final

years of my career with the Pennsylvania School Boards Association, managing a team that trained school directors and conducted superintendent searches. My work often took me to the state capitol building in Harrisburg, but I would also take biannual trips to the Capitol in Washington as well when I brought advocacy groups to meetings with their Congressional representatives.

4. I am a member of the League of Women Voters, specifically with the League's Northwest Maricopa County Board and Arizona chapters.

5. I registered to vote in Arizona almost immediately after moving to the state.

6. I knew that politics could be crazy from my work in Pennsylvania, but the political environment in Arizona is worse than anything that I have encountered. I remember crying the day of the insurrection on January 6th, 2021, and watching militia groups ransack through the halls of Congress where I had proudly worked. It frightens me to know that similar groups are based here in Arizona, where I now live.

7. I first heard of potential voter intimidation taking place at drop boxes earlier this month when it was reported by the local news on ABC15. I saw images of men in a pickup truck dressed in tactical gear, and later heard of threats of potential violence.

8. I had planned on voting by a drop box this year, because I was concerned that if I voted by mail, processing delays or errors might cause my ballot to be counted

2

too late. But after seeing what was taking place at drop boxes, I was scared to follow through with it. I decided it was better to risk a delay than my safety.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on October **27**, 2022.

*Karen Devine*

Karen Devine