IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| League of Women Voters of Arizona,<br><br>Plaintiff,<br><br>vs.<br><br>Lions of Liberty LLC; Yavapai County Preparedness Team; Jim Arroyo, Lucas Cilano; Nicholas Cilano; Brian Mounsey; Toby Fox; Bruce Mounsey; James Johnson; Melody Jennings; Clean Elections USA; John Does 1-10,<br><br>Defendants. | No. 3:22-cv-08196<br><br>**DECLARATION OF<br>LORNA BANISTER** |

I, Lorna Banister, declare as follows:

1. I am 46 years old, have personal knowledge of the matters stated in this Declaration, and could and would competently testify to these facts.

2. I am a citizen of the United States of America, and currently reside in Phoenix, Arizona, where I have lived since 2013.

3. I work as in-house counsel to a homebuilder, and am a member of the League of Women Voters' Arizona chapter, having joined this year.

4. I regularly vote in elections, using a variety of methods. I have voted in person, by mail, and via drop box without incident in the past. During the primary elections held this August in Arizona, I voted in person.

5. My original intent for the general election this year was to vote using a drop box. After seeing news coverage of people in tactical gear monitoring drop boxes, I no longer plan on doing so. From what I understood, they were very close to the drop boxes, and they were confronting some voters as they were dropping off their ballots.

6. I have heard that they have said they do not want to intimidate legal voters, but only people who are dropping off multiple ballots illegally. I'm not sure how they determine who is voting legally and who is not without confronting voters.

7. I will be voting by mail this year. I do not want to deal with these individuals.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on October 27, 2022.   _____

Lorna Banister

2