IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona,<br><br>Plaintiff,<br><br>vs.<br><br>Lions of Liberty LLC; Yavapai County Preparedness Team; Jim Arroyo, Lucas Cilano; Nicholas Cilano; Brian Mounsey; Toby Fox; Bruce Mounsey; James Johnson; Melody Jennings; Clean Elections USA; John Does 1-10,<br><br>Defendants. | No. 3:22-cv-08196<br><br>**DECLARATION OF LESLIE HANSON** |

I, Leslie Hanson, declare as follows:

1. I am 63 years old, have personal knowledge of the matters stated in this Declaration, and could and would competently testify to these facts.

2. I am a citizen of the United States of America, and currently reside in Phoenix, Arizona, where I have lived since 2020 after moving from Indiana.

3. I am currently retired, and previously worked as the owner of a small retail business in Indiana. I am a member of the League of Women Voters, and was part of a local chapter in Indiana starting in the late 1980s. I transferred my membership to the Arizonan chapter after I moved.

4. I voted for the first time as an Arizona resident by mail in the August primary elections.

5. I was originally planning to vote via drop box in the general election, specifically at a Mesa drop box.

6. But I changed my plans after seeing news coverage of people dressed in tactical gear taking pictures of voters at drop boxes and verbally accosting them. The thought of dealing with that kind of verbal harassment and invasion of privacy is intimidating. I no longer consider voting via drop box a viable option.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on October 27, 2022.

Leslie Hanson