# Exhibit K

MEDIA**MATTERS**
FOR AMERICA

# Steve Bannon hosts QAnon-linked activist to promote organization seemingly focused on intimidating voters

**WRITTEN BY   JUSTIN HOROWITZ**

**RESEARCH CONTRIBUTIONS FROM   ALEX KAPLAN**

**PUBLISHED   10/17/22 1:35 PM EDT**

Former Trump aide and January 6 coup plotter Steve Bannon twice hosted QAnon-linked activist Melody Jennings on his *War Room* podcast to promote her group, Clean Elections USA. The organization appears to be centered around recruiting volunteers to stand watch over ballot drop box locations, raising concerns about voter intimidation.

During the October 15 edition of Bannon's show, Jennings explained the purpose of Clean Elections USA.

"We've got people ready to go in 18 states to go out in shifts and guard these boxes," said Jennings. "We've got people out there, on the ground and doing the work."

Jennings added that her group has "people around the box with iPhones, with, you know, Androids, with your own cameras, which is legal, by the way, we can video and we can take pictures."



From the October 15, 2022, edition of Real America's Voice's *War Room: Pandemic*

During her interview, Jennings shouted out the QAnon program *MG Show* and the QAnon-aligned group True the Vote, both of which regularly push baseless claims of voter fraud.

On Telegram, the account associated with *MG Show* celebrated Jennings' appearance and shoutout. Additionally, Jennings has been a guest on *MG Show* in the past.



On October 17, Bannon again hosted Jennings to pitch her group to his listeners. During her second appearance, Jennings said her group is working to get 10 or more volunteers around each drop box.

Jennings added she will make sure that Clean Elections USA volunteers are "one of us," seemingly alluding to those who believe there is widespread voter fraud.



From the October 17, 2022, edition of Real America's Voice's *War Room: Pandemic*

Jenning's appearance continues a pattern of Bannon's podcast serving as a platform for QAnon.

# Exhibit L



 **TrumperMel** ✅
@TrumperMel · Sep 8

Hi! I am Drop Box Ninja Warrior Fire Beard TrumperMel and I am FULLY STOKED that ballot trafficking mules are about to be completely doxxed and put on blast at every drop box across America starting VERY SOON! We have the tech. We are the patriot army. We are the storm!

Come join us and have some fun while saving our country together 🔥 🔥 🔥 🔥 🔥

Https://cleanelectionsusa.org/

@greggphillips

Feed     Search     Alerts

# Exhibit M



## ← @TrumperMel's post



**TrumperMel** ✅
@TrumperMel · Oct 17

All Arizona patriots get to either the Mesa box or the Phoenix box ...the only 2 that are outdoors... Right now.
There are mules getting there and doing their thing even with my people there. Here's what you DO NOT DO!! Do not go within 75 ft of the box. I need someone to park up on the opposite side of my crew there. A mule drove up moments ago backwards so we couldn't see his plate. Kept his back to us the whole time. Who will go now?
DO NOT ENGAGE THEM @greggphillips

🔁 3,284     ❤️ 7,453                                    Oct 17, 2022, 11:05 PM

🗨 Reply              🔁 ReTruth              ♡ Like              •••

**Ghost of War**
@GhostofWar · Oct 17

Replying to @TrumperMel and @greggphillips
Retruth this everywhere

💬 1     🔁 11     ♡ 30     •••

**PatriotsInControl** 🍊
@PatriotsInControl · Oct 18

Replying to @GhostofWar, @greggphillips, and 1 more

# Exhibit N

 **'TRUTH.**

 **TrumperMel** ✅
@TrumperMel · Oct 16

My dedicated drop box watching team caught this and sent it up the chain.
What do you see in the picture?

reddit.com/r/AskThe_Donald/com...



🔁 4,325     ❤️ 8,527                                   Oct 16, 2022, 11:38 PM

💬 Reply               🔁 ReTruth               ♡ Like               •••

 **John C Miller** 🟠
@realjohncmiller · Oct 16

Replying to @TrumperMel
Way to go !


Feed                    
Search                    
Alerts

# Exhibit O



**Donald J. Trump**
2.68x Truths

**Truths**        Truths & Replies        Media

Donald J. Trump ReTruthed

**TrumperMel** ⊘
@TrumperMel                                1w

This guy. Drove in backwards to avoid plate detection. Got out showing his back. Pulled ballots out of his shirt. I need people there tonight to help my people. Lots of you! 75 ft away from box, post up opposite so we see both sides. Someone get tags. No talking to them. Do NOT GO INSIDE 75 ft! They are trying to get us to engage them. Do not do it!

# Exhibit P



# Exhibit Q



# TRUTH.



**TrumperMel** ✅
@TrumperMel · Oct 19

CBS NBC and others out in force filming our people at the Mesa Arizona drop box. We are filming them back. Get out there people. Let's go watch that box and make there heads pop.

@greggphillips @intheMatrixxx @shadygrooove @HankReardon44 @kagdrogo @The_Authority

🔁 667   ❤️ 1,386                                    Oct 19, 2022, 8:22 PM



🔍 Reply            🔁 ReTruth            ♡ Like            •••

**wnelson13**
@wnelson13 · Oct 19

Replying to @TrumperMel, @greggphillips, and 5 more
Great work Mel! Maybe those News Groups will film some mules. Doubt it but we can hope

💬 2    🔁 3    ♡ 34    •••

**TheSearch4Truth**
@TheSearch4Truth · Oct 19

Replying to @wnelson13, @greggphillips, and 6 more
Now, wouldn't that be an awesome report!

💬    🔁    ♡ 9    •••

**Ripper57**
@Ripper57 · Oct 20

Replying to @wnelson13, @greggphillips, and 6 more
If they do catch some "mules" on tape...it will just end up on the cutting room floor !!! There is NO impartiality in the MSM. None.
Sad.

💬    🔁    ♡ 4    •••

# Exhibit R











# Exhibit S



# Exhibit T



← **@TrumperMel's post**



**TrumperMel** ✅
@TrumperMel · Oct 17

This guy. Drove in backwards to avoid plate detection. Got out showing his back. Pulled ballots out of his shirt. I need people there tonight to help my people. Lots of you! 75 ft away from box, post up opposite so we see both sides. Someone get tags. No talking to them. Do NOT GO INSIDE 75 ft! They are trying to get us to engage them. Do not do it!


Feed


Alerts



# Exhibit U



# Exhibit V

 

**TrumperMel** ✅
@TrumperMel · 5d

Replying to @ipod49, @intheMatrixxx, and 3 more

Someone called in seeing 2 of our people in tactical gear and armed. They will always gear up for a call like that. Thankfully wearing tactical gear and carrying in our country where the right to bear arms is an inalienable right, can and should be respected, especially when the goal is protecting the sovereign rights granted of every American citizen to a free and fair election. To me it was all a win/win. #backtheblue #2A #freedom #gotv #vote

🔁 29    ❤️ 139                                    Oct 22, 2022, 7:46 PM

⬜ Reply              🔁 ReTruth                ♡ Like              ⋯

**SteveMartens**
@SteveMartensUSA · 5d

Replying to @TrumperMel, @intheMatrixxx, and 3 more
great news Mel, WE THE PEOPLE demand fair Elections including the right to bear arms. keep going you are a rock star.

💬    🔁 1    ♡ 11    ⋯

**TrumperMel** ✅
@TrumperMel · 5d

Replying to @ipod49, @intheMatrixxx, and 3 more
@intheMatrixxx

💬    🔁 1    ♡ 7    ⋯

**Triunity** 💎🇺🇸💎🇺🇸💎
@TankGirl · 5d

Replying to @TrumperMel, @intheMatrixxx, and 3 more
I'm thinking [they] better get used to seeing this. We are tired and fed up. But we are not defeated.

Regardless of status, they should be reminded of the Battle of Athens. We will not back down until righteous judgement is served.

#WETHEPEOPLE

  

# Exhibit W

CRIMINAL JUSTICE & POLICING    ELECTION 2022    ELECTIONS

# Republicans are urging vigilantes to watch ballot drop boxes, polling locations, to sniff out fraud

BY: **JEROD MACDONALD-EVOY** - AUGUST 2, 2022   6:30 AM

     



Photo by Jerod MacDonald-Evoy | Arizona Mirror

At a nearly 4-hour "election security forum," Lake Havasu Republican Sonny Borrelli and Oro Valley Republican Representative Mark Finchem both had the same message for the fired up audience in attendance: Watch the drop boxes.

"We need to be force multipliers," Borrelli told the crowd in Tempe Saturday. "We need to have people camped on unmanned drop boxes and camp on those and keep an eye on them and take down that data, license plates, pictures and so on and so forth."

 **Tom Ryan** 
@tomryanlaw · **Follow**

Sole purpose of this kind of asshattery is to intimidate voters. They are not trained election officers.



**VoteForShamp** ✔ @VoteForShamp

Who else is having Dropbox tail gate parties?! Arizona Patriots are strong together!! Love the hat sir! @KariLake

Borrelli's call to action is similar to one made earlier this year by Sen. Kelly Townsend, R-Mesa, who praised "vigilantes" who intended to spy on dropboxes; she implored them to use trail cameras and to get people's license plate numbers. The calls to action stems from allegations made in a highly flawed film by controversial filmmaker Dinesh D'Souza.

And Mark Finchem, one of the state's loudest proponents of baseless election fraud claims who is running to oversee elections as secretary of state, urged attendees to show up at their local polling places on Tuesday to monitor voters and watch for suspicious activity.

"Stand 75 feet away from the entrance of the polls," Finchem, who is running for Secretary of State, said. "The mere fact that you are there watching scares the hell out of them."

There is an official process for election observers at polling locations. Observers must be authorized by a political party. Only one can be at each polling site, and they cannot interact with voters.

Republicans and activists have been gearing up for poll watching and drop box watching parties across the state, boosted by candidates and election deniers. Scott Presler, who gained fame in

conservative circles for traveling across the country picking up trash in Democratic run cities, is planning to recruit volunteers to watch drop boxes in the state. Presler also was the national coordinator for an anti-Muslim group whose leader has said that Muslims should not be Americans because they cannot be loyal to the country.

Dropboxes have become a focal point among election fraud believers and during Arizona's past legislative session, a litany of bills were presented to ban, limit or change their use. In Maricopa County, the county with the largest population, there are only two outdoor drop boxes — one of which is at the county elections headquarters.

"Sounds boring. And hot," Maricopa County Recorder Stephen Richer told the *Arizona Mirror* about those who plan to monitor drop boxes in Maricopa County. "And if you harass, intimidate, or deter a voter, it's unlawful."

Maricopa County Sheriff Paul Penzone has previously said that his office is pouring resources into protection of polling places and watching "trends" to ensure that no bad actors harass or intimidate election officials.

But other sheriffs are embracing conspiracy theory rhetoric to police drop boxes.



GET THE MORNING HEADLINES DELIVERED TO YOUR INBOX

S U B S C R I B E

Pinal County Sheriff Mark Lamb, along with another organization he has a lead role in, has partnered with True the Vote, a conspiratorial organization that worked with D'Souza on his flawed election fraud film.

"We will engage voters, we'll help clear up confusion through education and where necessary Sheriffs can and will investigate where laws are being broken," Lamb says in a video on the Protect America Vote website.

Protect America Vote is a nonprofit that aims to educate voters and connect them with local sheriffs and give local sheriffs the resources they need to investigate election-related issues. True the Vote has raised millions of dollars claiming to have found voter fraud in multiple elections but has never released evidence.

When the *Mirror* asked the Pinal County Sheriff's Office about True the Vote's track record on election fraud claims and claims of

non-partisanship, spokeswoman Lauren Reimer referred those questions to Protect America, Lamb's other organization.

Case 3:22-cv-08196-MTL   Document 11-11   Filed 10/28/22   Page 36 of 44

"PCSO has added extra patrols to polling sites and ballot collection boxes," Reimer said. "Reports of any election laws being broken will be investigated. We encourage everyone to review our state laws prior to voting. You can find them in our Secretary of State's Election Procedures Manual. As it pertains to the rest of your questions, you will have to reach out to that group directly for comment."

Reimer did not respond to follow up inquiries, and Protect America Now did not respond to the *Mirror*'s request for comment. Protect America Now told Reuters that it would be surveilling drop boxes and using "artificial intelligence" software to analyze surveillance video.

"There have not been any discussions with the Recorder's Office related to the program you reference," James Daniels, a spokesman for the Pinal County Recorder's Office, said to the *Mirror*. "But Sheriff Lamb has gone out of his way to be supportive to Pinal County through our recent ballot error issues, only offering his time and effort to help get across the important message to impacted municipalities that they must vote a separate municipal-only ballot for their city/town contests."

Lamb is part of a larger contingent of sheriffs that True the Vote has spurred into action across the country and they have around 70 sheriffs in 30 states, according to Reuters. It also includes supporters like former Graham County Sheriff Richard Mack of the Constitutional Sheriffs and Peace Officers Association, an anti-government extremist group with ties to the Oath Keepers.

Back at the "election security forum," gubernatorial candidate Kari Lake and other state lawmakers said they intend to bring back failed "election integrity" bills next session including banning drop boxes and making voting a one-day event.

Still, Lake still encouraged the crowd to mail in their ballots if they hadn't done so yet.

"We will drag it back out into the spotlight and we will find every loophole they use to cheat," Lake said about the perceived issue of election fraud.

## SUPPORT NEWS YOU TRUST.

DONATE



**REPUBLISH**

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our web site. Please see our republishing guidelines for use of photos and graphics.*



## JEROD MACDONALD-EVOY  

Reporter Jerod MacDonald-Evoy joins the Arizona Mirror from the Arizona Republic, where he spent 4 years covering everything from dark money in politics to Catholic priest sexual abuse scandals. Jerod has also won awards for his documentary films which have covered issues such as religious tolerance and surveillance technology used by police. He brings strong watchdog sensibilities and creative storytelling skills to the Arizona Mirror.

**MORE FROM AUTHOR**

## RELATED NEWS



**The 'unstoppable' Kari Lake?**

BY **JEREMY DUDA**

October 11, 2021



**Ballot drop boxes remain popular, despite attacks and…**

BY **RACHEL LEINGANG/VOTEBEAT**

September 23, 2022

## INSIGHTFUL. INVESTIGATIVE. INDEPENDENT.

**DEMOCRACY TOOLKIT** 

Amplifying the voices of Arizonans whose stories are unheard; shining a light on the relationships between people, power and policy; and holding public officials to account.

DEIJ Policy | Ethics Policy | Privacy Policy





Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our web site.

   

© Arizona Mirror, 2022

# Exhibit X

← **Tweet**

**Kelly Townsend**
@AZKellyT                                    ···

I should not have to say this but wearing tactical gear while watching a ballot drop box could be considered voter intimidation.  Don't do it.

10:01 AM · 10/24/22 · Twitter for iPhone

**71** Retweets **19** Quote Tweets **562** Likes

       💬              ⟲              ♡              ⬆

**AZ Right Wing Watch** @az_rww · 3d              ···
Replying to @AZKellyT
This you?

> 🔶 **AZ Right Wing Watch** @az_rww · 5/31/22
> Sen. Kelly Townsend suggesting voter intimidation in the upcoming election:
> twitter.com/az_rww/status/... twitter.com/az_rww/status/...
>
> **Show this thread**



Tweet your reply

🏠              🔍              🔔              ✉

# Exhibit Y

← **Thread**



**jack healy** ✔
@jackhealyNYT

An Oath Keeper–affiliated group staking out ballot drop boxes in Arizona got sued, and now says it's retreating

> To All Members of The Lions of Liberty and Yavapai County Preparedness Team:
>
> As many of you know, we have been facing pending Litigation due to Operation Drop Box. The hammer has unfortunately fallen. We The lions of liberty have been named in a federal lawsuit. Unfortunately, we were named with other organizations with whom we have no association, and whose desire for law and order is much less than ours. Due to this fact and a possible restraining order, we are stepping down our sponsorship of Operation Drop Box. This is an Official Stand Down order. From this point going forward there will not be any more organization from The Lions of Liberty. We are extremely grateful to all who stepped up and made your community proud. We are proud to have been part of this opp with you. Moving forward Operation Drop Box is officially Closed.

11:26 AM · 10/27/22 · Twitter Web App

**2,116** Retweets  **236** Quote Tweets  **7,389** Likes

💬          🔁          ♡          ⬆

**jack healy** ✔ @jackhealyNYT · 21h
Replying to @jackhealyNYT
fyi this was an emailed statement to their volunteers this morning.

💬 4      🔁 46      ♡ 456      ⬆

**3Cs: Toil and Trouble** 🧙🐈🌻 @CannabisForAll · 22h
Replying to @jackhealyNYT and @BradMossEsq

Tweet your reply

🏠          🔍          🔔          ✉

# Exhibit Z



**One of Trumps Deplorables** 👌
@JeannieGiering

Avatar

Janae Shamp

Who else is having Dropbox tailgate parties?! Arizona Patriots are strong together!! Love the hat sir!

5h

Replying to @RealSKeshel

We are running with your drop box tailgate parties. We ram one mule off just by being there...



Tweet your reply

