# Exhibit 3



U.S. Department of Justice

Civil Rights Division

*Office of the Assistant Attorney General*         *Washington, D.C. 20530*

October 30, 1998

The Honorable Martin Frost
Member of Congress
United States House of Representatives
Washington, D.C. 20515

Dear Congressman Frost:

    Thank you for your letter of October 26, 1998, which expresses your serious concern that minority voters will be harassed, intimidated and denied the right to vote on election day because of stepped-up poll watching activities, including videotaping of voters. You indicated that plans have been announced to target minority precincts and "problem areas" of southeast Fort Worth.

    Please know that we take very seriously allegations of efforts to unlawfully harass, intimidate or otherwise interfere with racial and ethnic minority voters at the polls. In recognition of the preciousness of the right threatened, the Civil Rights Division is taking vigorous steps to prevent discriminatory voting practices on election day, November 3, 1998.

    It is our view that videotaping minority voters at or near the polls could constitute a violation of Section 11(b) of the Voting Rights Act, 42 U.S.C. 1973i(b). We will not countenance any thinly veiled attempts to intimidate racial and ethnic minorities at the polls. It is our position that all parties and organizations must avoid intimidating minority voters at the polls by filming at polling places on election day. Further, steps must be taken to avoid any measures by poll watchers that would run any risk of intimidating or harassing voters.

    The Voting Section has discussed these matters with the Tarrant County Republican and Democratic Parties and with the Tarrant County Board of Elections. We have been assured that the Board of Elections will not allow video recorders to be taken inside polling places or within 100 feet of the polls. We have also been assured that if efforts are made to video tape minority voters outside the 100 feet limit, Tarrant County election officials will ask those people video taping outside the 100 foot limit to stop such activity on the grounds that it might have the effect of intimidating minority voters. The Board of Elections is prepared to respond and will have the assistance of the local sheriff's department if necessary.

    We have asked to be notified of any specific information of unlawful activity. The Civil Rights Division, also, is coordinating with United States Attorney's offices in Texas, and throughout the country, to prevent and address any efforts to harass, intimidate or otherwise

interfere with racial and ethnic minority voters at the polls on election day.

In order to perform our obligations effectively, it is essential that we have notice of allegations of discriminatory practices. Thank you for contacting us. Please keep us informed of any further developments and do not hesitate to contact us if you should have additional questions or comments.

Sincerely,

Anita S. Hodgkiss
Deputy Assistant Attorney General