Alexander Kolodin (SBN 030826)
Veronica Lucero (SBN 030292)
**Davillier Law Group, LLC**
4105 N. 20th St. Ste.110
Phoenix, AZ 85016
Phone: (602) 730-2985
Fax: (602) 801-2539
Emails:
Akolodin@davillierlawgroup.com
Vlucero@davillierlawgroup.com
Phxadmin@davillierlawgroup.com

*Attorneys for Defendants Clean Elections USA
And Melody Jennings*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona;<br><br>Plaintiffs,<br><br>v.<br><br>Lions of Liberty LLC et al;<br><br>Defendants. | CASE NO: CV-22-08196-PCT-MTL<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Alexander Kolodin and Veronica Lucero enters their appearance in this matter as counsel of record for Defendants Clean Elections USA and Melody Jennings. It is hereby requested that copies of all notices and filings in the above-captioned matter and any related case documents be directed to:

Alexander Kolodin
Veronica Lucero
**Davillier Law Group, LLC**
4105 N. 20th Street Ste. 110
Phoenix, AZ 85016
Akolodin@davillierlawgroup.com
Vlucero@davillierlawgroup.com
Phxadmin@davillierlawgroup.com

**DATED** this 31st day of October 2022

By: */s/ Veronica Lucero*

Alexander Kolodin
Veronica Lucero
**Davillier Law Group, LLC**
4105 N. 20th Street Ste. 110
Phoenix, AZ 85016

*Attorneys for Defendants Clean Elections USA and Melody Jennings*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31st, 2022, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: */s/ Veronica Lucero*