IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| League of Women Voters of Arizona,<br><br>Plaintiff,<br><br>v.<br><br>Lions of Liberty LLC, et al.,<br><br>Defendants. | No. CV-22-08196-PCT-MTL<br><br>**ORDER** |

The Court held a status conference on October 31, 2022. For the reasons stated on the record,

**IT IS ORDERED**:

1. This case is hereby consolidated with the related action in CV-22-01823-PHX-MTL. The Clerk of Court shall consolidate case number CV-22-01823-PHX-MTL with CV-22-08196-PCT-MTL. The Clerk of Court shall file a copy of this Order in all the previously listed case numbers. All future filings shall bear case number CV-22-01823-PHX-MTL as the lead case.

2. Defendants Lions of Liberty LLC, Yavapai County Preparedness Team, Jim Arroyo, Lucas Cilano, Nicholas Cilano, Brian Mounsey, Bruce Mounsey, Toby Fox, and James Johnson are dismissed from this action without prejudice.

3. The ten (10) unknown party Defendants are dismissed without prejudice.

4. An evidentiary hearing on Plaintiff League of Women Voters of Arizona's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 11) is set for

Wednesday, November 1, 2022 at 12:00 PM in Courtroom 504, 401 West Washington Street, Phoenix, Arizona 85003 before Judge Michael T. Liburdi. Counsel shall appear in-person. The parties shall confer to address any potential agreement regarding the issues discussed at the status conference. Defendants' counsel shall provide notice, no later than 5:00 PM, today, October 31, 2022, stating whether Defendant Melody Jennings or any other witness will appear telephonically.

5. Counsel for Arizona Alliance shall inform the United States Court of Appeals for the Ninth Circuit of the consolidation of these cases and the pending evidentiary hearing and provide a notice of compliance to this Court.

6. Counsel for the League of Women Voters of Arizona shall provide Defendants' Counsel with immediate notice of any new evidence that may be offered at the evidentiary hearing.

7. All counsel shall confer regarding (a) whether this consolidated case may be resolved, in whole or in part, by agreement and (b) Plaintiff League of Women Voters of Arizona's request to offer testimonial evidence by declaration and under seal.

Dated this 31st day of October, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge